# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JONNALOU SPRINGER (STURDY), | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-12-1127-D |
| | ) | |
| S.S.I. REP. BRIAN WEST and DAVE GOLDMAN, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Plaintiff, who appears *pro se* and *in forma pauperis*, filed a Complaint alleging she has not received all Supplemental Security Income benefits to which she believes she is entitled. The defendants are Social Security Administration employees. Pursuant to 28 U.S.C. §636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for initial proceedings.

As required by 28 U. S. C. § 1915(e)(2)(B)(ii), Judge Roberts screened the Complaint to determine if it states a claim on which relief may be granted. Judge Roberts determined that the allegations fail to state a claim, and she filed a Report and Recommendation [Doc. No. 6] in which she recommended that the Complaint be dismissed with leave to amend to cure the deficiencies.

In the Report and Recommendation, the Magistrate Judge advised Plaintiff of her right to object to the Report and Recommendation, and she set a November 19, 2012 deadline for filing objections. She also expressly advised Plaintiff that her failure to timely file objections would result in a waiver of her right to appellate review of the factual findings and legal conclusions in the Report and Recommendation.

Plaintiff's deadline for filing objections has expired, and she did not object or seek an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 6] is adopted as though fully set forth herein. The Complaint is dismissed, but Plaintiff is granted leave

to file an amended complaint to cure the deficiencies noted in the Report and Recommendation. In this regard, Plaintiff should review and follow the directions noted by the Magistrate Judge with regard to naming the proper defendants and including the factual allegations required to ensure that this Court has jurisdiction over the action. *See* Report and Recommendation, p. 2, n.1.

Plaintiff's amended complaint shall be filed no later than 21 days from the date of this Order. Failure to comply with that deadline will result in the final dismissal of this action.

IT IS SO ORDERED this 28th day of November, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE